**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**



| | | |
|---|---|---|
| **LIBERTY LIFT SOLUTIONS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **APEX GROUP USA INC. and** | § | **CIVIL ACTION NO.** |
| **DACOTAH WEST CRANE** | § | **4:26-CV-02250** |
| **SERVICE INC.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL AS TO ALL
CLAIMS AGAINST DEFENDANT APEX GROUP USA INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Liberty Lift Solutions, LLC and Defendant Apex Group USA Inc. stipulate to the dismissal without prejudice of all claims asserted by Plaintiff against Defendant Apex.  This stipulation does not affect Plaintiff's claims against Defendant Dacotah West Crane Service Inc.

Dated: May 1, 2026                 Respectfully submitted,

   */s/ Land Murphy*

**MURPHY BALL STRATTON LLP**

Land Murphy
Texas Bar No. 24058010
lmurphy@mbssmartlaw.com
1001 Fannin, Suite 720
Houston, TX 77002
Tel: 281.658.9060

***ATTORNEYS FOR
PLAINTIFF LIBERTY LIFT
SOLUTIONS, LLC***

*/s/ Tyler J. Eyrich*
**TYLER J. EYRICH, Attorney-in-Charge**
State Bar No. 24101741
SDTX Bar No. 3281225
teyrich@cbtd.com
**MONIQUE R. WIMBERLY**
State Bar No. 24110540
SDTX Bar No. 3871448
mwimberly@cbtd.com
**TREVOR O. CHILTON**
State Bar No. 24125171
SDTX Bar No. 3965843
tchilton@cbtd.com

     OF

COTTON, BLEDSOE, TIGHE & DAWSON
A Professional Corporation
P. O. Box 2776
Midland, Texas 79702
(432) 684-5782
(432) 682-3672 (Fax)

2

**ATTORNEY FOR**
**APEX GROUP USA, INC.**


**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, a true and correct copy of this document was served via ECF on all counsel of record in this matter.


*/s/ Land Murphy*
Land Murphy